# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIA FARMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 25-1709 (RBW) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 29, 2025, the plaintiff, Maria Farmer, filed this civil action against the United States of America ("USA") alleging that the Federal Bureau of Investigation ("FBI"), the United States Department of Justice ("DOJ"), and the applicable United States Attorneys' Offices ("USAO") negligently failed to prevent her from being sexually abused by Jeffrey Epstein. See Complaint ("Compl.") ¶¶ 1, 304–25, ECF No. 1.  Specifically, the plaintiff claims that the USA is liable to her for damages under the Federal Torts Claims Act (the "FTCA") for negligently failing to investigate her claims after she reported to the FBI that she was being sexually exploited by Epstein in New York City.  See id. ¶¶ 304–25; 28 U.S.C. § 2680(h).  The defendant has yet to answer or otherwise respond to the plaintiff's Complaint, but for the following reasons, the Court will order the plaintiff to show cause in writing why the District of Columbia is the proper venue for the litigation of this case.

On the same date when she filed her Complaint, the plaintiff also filed a notice indicating that this case is related to another case which, at that time, was pending resolution before this Court.  See Notice of Related Case ("Notice") at 1, ECF No. 2; Jane Doe 1, et al. v. United States, Civ. Action No. 24-2743 (RBW).  In that other case, the plaintiffs alleged that Epstein

sexually abused them in several jurisdictions—primarily in the Southern District of New York and the Southern District of Florida—and that the FBI similarly failed to investigate Epstein despite allegedly being aware of his conduct.  See generally Second Amended Complaint, Jane Doe 1, et al. v. United States, Civ. Action No. 24-2743 (RBW), ECF No. 25-2.  Recently, however, the Court concluded that as pleaded, the District of Columbia was not the proper venue for the litigation of the other case, see Order at 1 (Jun. 16, 2025), Jane Doe 1, et al. v. United States, Civ. Action No. 24-1743 (RBW), ECF No. 33, and transferred that case to the United States District Court for the Southern District of Florida, see Order at 1 (Jun. 30, 2025), Jane Doe 1, et al. v. United States, Civ. Action No. 24-2743 (RBW), ECF No. 35, where many of the acts or omissions arising under the FTCA allegedly occurred.

Because the plaintiff in this case represents that there are common issues of fact that warrant it being considered related to Doe 1, see Notice at 1,—viz., that the FBI allegedly failed to investigate Epstein's conduct in New York City—the Court has serious questions as to whether this case has likewise been filed in the incorrect venue based upon marginal allegations of involvement by government officials in the District of Columbia, see Cameron v. Thornburgh, 983 F.2d 253, 256 (D.C. Cir. 1993) (cautioning courts in this District to "examine challenges to . . . venue carefully to guard against the danger that a plaintiff might manufacture venue in the District of Columbia.").  Therefore, before this case proceeds further, the Court must assure itself that venue in the District of Columbia is proper.  Accordingly, it is hereby

**ORDERED** that, on or before July 14, 2025, the plaintiff shall **SHOW CAUSE** in writing why the Court should not transfer this case to the Southern District of New York, given the Court's recent conclusion in the related case of Jane Doe 1, et al. v. United States, Civ.

Action No. 24-2743, that the venue in that case was not proper in the District of Columbia.  It is further

**ORDERED** that, on or before July 28, 2025, the defendant shall file a response to the plaintiff's show cause filing.  It is further

**ORDERED** that on August 8, 2025, at 9:00 a.m., the parties shall appear before the Court for a show cause hearing. The parties shall appear before the Court, via teleconference, by calling 646-828-7666, entering the Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).[1]  The parties shall be prepared to advise the Court on why the District of Columbia is the proper venue for the litigation of this case.  It is further

**ORDERED** that all deadlines in this case are **HELD IN ABEYANCE** pending the Court's venue determination.

**SO ORDERED** this 1st day of July, 2025.

                                                                                REGGIE B. WALTON
                                                                                United States District Judge

---

[1] The public is permitted to attend the hearing by calling 1-833-990-9400, and entering the Meeting ID 011366756.