UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA FARMER,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

Civil Action No. 25-1709 (RBW)

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Brenda González Horowitz on behalf of the United States of America.

Dated: July 25, 2025
      Washington, DC

                    Respectfully submitted,


                    By: */s/ Brenda González Horowitz*
                       BRENDA GONZÁLEZ HOROWITZ
                       Assistant United States Attorney
                       601 D Street, NW
                       Washington, DC 20530
                       (202) 252-2512

                       *Attorney for the United States of America*