UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA FARMER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 25-1709 (RBW) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Erika Oblea, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: July 28, 2025

                                                        Respectfully Submitted,

                                                        */s/ Erika Oblea*
                                                        ERIKA OBLEA
                                                        Assistant United States Attorney
                                                        D.C. Bar # #1034393
                                                        601 D Street, N.W., 7th Floor
                                                        Washington, D.C. 20530
                                                        Tel: (202) 252-2567
                                                        Email: Erika.Oblea@usdoj.gov

                                                        *Counsel for the Defendant*