UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA FARMER,<br><br>                     *Plaintiff,*<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                     *Defendant.* | Case No. 1:25-1709-RBW |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jennifer Freeman, Esq., as counsel of record for Plaintiff in the above-captioned case.

Dated: August 8, 2025

                                                           Respectfully submitted,

                                                      By: _____

                                                           Jennifer Freeman
                                                           D.C. Bar No. 90032494
                                                           jenniferfreeman@marsh.law
                                                           31 Hudson Yards, 11th Floor
                                                           New York, New York 10001
                                                           Phone: 212–372–3030
                                                           Fax: 833–210–3336
                                                          Attorneys for Plaintiff