UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA FARMER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 25-1709 (RBW) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Samuel Settle as counsel for Defendant in the above-captioned case, substituting for Assistant United States Erika Oblea.

Date:   February 12, 2026

                                                                    Respectfully submitted,

                                                                    /s/ Samuel Settle
                                                                    SAMUEL SETTLE
                                                                    Assistant United States Attorney
                                                                    601 D Street, NW
                                                                    Washington, DC 20530
                                                                    Tel: (202) 252-7705
                                                                    Samuel.Settle@usdoj.gov

                                                                  *Attorney for Defendant*