**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARIA FARMER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 25-1709 (RBW) |

**ORDER**

In accordance with the Memorandum Opinion issued this same date, it is hereby

**ORDERED** that, on or before September 28, 2026, in the interest of justice, the Clerk of the Court shall **TRANSFER** this case file to the United States District Court for the Southern District of Florida. It is further

**ORDERED** that this Court will not determine when the defendant's answer or response to the plaintiff's Complaint shall be due, but this Court will instead leave that determination to the United States District Court for the Southern District of Florida. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 25th day of September, 2026.

REGGIE B. WALTON
United States District Judge