# AMENDED NOTICE OF INTENT REGARDING PUBLIC DOCKETING

Dear Judge Walton and Court Clerk,

I am the Plaintiff, Maria Farmer. I am writing to formally correct a severe error regarding the Formal Letter Notice I mailed on **July 22, 2026**.

That previous letter mistakenly included text indicating it should be filed "Under Seal." **This was completely incorrect. I do not want that document, or this notice, sealed.**

I explicitly instruct the Court to place my Formal Letter Notice, and all of its contents, entirely on the **open public docket for full public view**. I require this record to be completely public to serve as an open notice to protect me from ongoing harassment and forced subpoenas from outside courts, lawyers, and parties.

Dated: July 23, 2026

Respectfully submitted,

Maria Farmer

REDACTED

Maria Farmer

Plaintiff