**FILED UNDER SEAL / DIRECTED TO CHAMBERS**

**TO:**
The Honorable Senior Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**RE:** *Farmer v. United States*, Case No. 1:25-cv-01709

**FORMAL LETTER NOTICE TO THE COURT**

Dear Honorable Senior Judge Reggie B. Walton,

Plaintiff, Maria Farmer, respectfully submits this Formal Letter Notice directly to Your Honor to report severe ethical misconduct, divided loyalty, and an active, direct threat to her physical survival perpetrated by multiple counsel and outside proxies.

As the original 1996 whistleblower, I provided the foundational reports to the FBI regarding what I assumed was the kidnapping and harm of children, as well as the use of CSAM by Jeffrey Epstein and his associates. This active Federal Tort Claims Act litigation stems from the government's initial response to those disclosures and the subsequent thirty years of severe stress endured while evading Jeffrey Epstein and Ghislaine Maxwell—a trauma that continues to this day through their harassing agents and associates.

I must bring to Your Honor's immediate attention that my current counsel of record, Jennifer Freeman, has demonstrated a severe conflict of interest and divided loyalty. Counsel has consistently prioritized the demands, platform, and public agenda of an external NGO, World Without Exploitation (run by Co-Founder and CEO Lauren Hersh), over my direct legal interests and instructions. This divided loyalty escalated significantly when counsel began actively representing outside clients with whom I have an explicit conflict of interest and unethically coordinated with Lauren Hersh—whose public history includes her departure from the Brooklyn District Attorney's Office—to manipulate public perception of this active federal case to fuel their outside advocacy platform.

In attempting to force my compliance with this external agenda and pressure me into converting my individual litigation into a mass tort action, counsel engaged in hostile verbal outbursts, explicitly screaming that I *"had accomplished nothing for 30 years"* in regard to obtaining my files, and asserting that Lauren Hersh was the true driving force behind the release of the Epstein files.

Furthermore, counsel has repeatedly weaponized my fragile medical history in a coercive attempt to force testimony, stating, *"What if you die? Don't you want your sister to get anything?"* Counsel unethically threatened me that if the Court or the defendant discovered the

true severity of my illnesses, my case would likely be dismissed, or the government would lose interest in resolving the claims under the assumption that I would succumb to my health conditions before a resolution. This is entirely untrue; I am in my fifth year of remission from Hodgkin's lymphoma and am actively living with my brain tumor and had been unknowingly living with advanced Addison's disease—which, when I was being harassed about my case, caused me to go into an adrenal crisis followed by Rhabdomyolysis and an unconscious state. This calculated weaponization of my health constitutes a severe attempt to demoralize me and force my compliance. When I attempted to learn my own rights by sending emails each time I discovered a protective statute, counsel unethically insinuated in an email sent to my mother and sister that the court would view me as mentally unstable, attempting to silence me in bad faith.

Because of decades of stress, my body can no longer naturally produce cortisol. I explicitly placed multiple counsel on formal notice regarding this profound medical vulnerability; specifically, I alerted Jordan Merson, Jennifer Plotkin of Merson Law PLLC, and Jennifer Freeman that I was completely unequipped to handle legal strain, as I had just been released from the Intensive Care Unit. Despite having explicit knowledge of my critical medical status and recent hospitalization, Jordan Merson and his firm deceived their own client into trying to trick me into testimony, which would be profoundly detrimental to my active claims and health. Because my body cannot physically survive severe psychological trauma, any future attempt by counsel, outside parties, or the court to subpoena, compel, or otherwise force my live testimony on behalf of any outside parties constitutes a direct physiological threat to my life. Because of how any kind of change currently causes a risk to my health—and any kind of change with this case brings extreme stress—it is my strong personal preference that my case remain steadily within Your Honor's current jurisdiction.

I harbor a profound, well-founded fear that any forced involvement or compelled testimony on behalf of outside parties will trigger a fatal adrenal crisis. To preserve my life, I seek absolute protection from any requirement to testify, authenticate files, or provide contacts for the clients or proceedings associated with Jordan Merson, the outside "copycat" lawsuits managed by Jennifer Freeman, or any anonymous individuals and outside third parties whatsoever. I remain entirely willing to validate my own personal story and direct testimony solely within the strict, safe boundaries of my own case, where my medical safety can be fully accommodated. I am morally opposed to giving my testimony for women who were compliant in the Jeffrey Epstein ring for up to 13 years as grown adults with full agency, and I am highly uncomfortable giving my testimony to people whose stories to my knowledge have never been validated. I do not want to be used and risk my life for individuals to whom I am morally opposed.

To prevent further physiological and emotional trauma, and to strictly protect my fragile medical health from being weaponized, I formally request that any future private or direct testimony required of me in this matter be taken strictly under seal. Keeping my personal statements and testimony shielded from public view is a vital medical and psychological safeguard necessary to protect my physical survival.

Due to these severe health concerns, I am physically unable to participate in live hearings, deposition settings, or high-stress oral conferences that put my life at immediate risk. Accordingly, I respectfully request that the Court enter this formal letter notice onto the active case docket to preserve my statements, absolute testimony boundaries, and medical warnings. I further request that the Court issue an order protecting and insulating me from any forced participation or contact regarding outside counsel or copycat actions and take formal notice of this reported conflict of interest to ensure the ongoing management of this case adheres strictly to professional ethics and safeguards my physical safety.

Dated: July ~~21~~ 22 MKF, 2026

Respectfully submitted,

***Maria Farmer***
Plaintiff

Sign: Maria Farmer Date: 7/22/26

REDACTED

REDACTED